**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | |
| CENTURYLINK, INC. | Civil Action No. 1:17-cv-02028-JMC |
| and | |
| LEVEL 3 COMMUNICATIONS, INC., | |
| *Defendants*. | |

## <u>STIPULATION FOR ENTRY OF SETTLEMENT AGREEMENT AND ORDER</u>

WHEREAS Plaintiff United States of America filed a Petition for an Order to Show Cause Why Defendant CenturyLink, Inc. Should Not Be Found in Civil Contempt ("Petition to Show Cause") on September 2, 2021;

AND WHEREAS Plaintiff United States and Defendant CenturyLink n/k/a Lumen Technologies, Inc. ("CenturyLink") have agreed upon a resolution of this matter without any admission or determination of wrongdoing by CenturyLink and without any findings or adjudication with respect to any issue of fact of law;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that:

1.  This Court has jurisdiction over the subject matter of this action and each of the parties to this action.

1

2. The parties hereby consent to the Court's entry of the proposed Settlement Agreement and Order in the form attached to this Stipulation, and without further notice to any party or any proceeding.

3. Entry of the proposed Settlement Agreement and Order will discharge and resolve any and all claims of the United States against CenturyLink arising out of CenturyLink's alleged violations of Paragraph IV(L)(2) of the Amended Final Judgment, as described in the Petition to Show Cause.

4. Neither this Stipulation nor the proposed Settlement Agreement and Order shall be construed to preclude the United States from bringing an action against CenturyLink for any violation of the Amended Final Judgment other than the alleged violations described in Paragraph 3, above.

5. In the event the United States withdraws its consent, or if the Settlement Agreement and Order is not entered pursuant to this Stipulation, this Stipulation shall be of no effect whatever, the making of it shall be without prejudice to any party in this or any other proceeding, and it shall not thereafter be used in this or any other action, or for any other purpose.

Dated: September 2, 2021                          Respectfully submitted,

PLAINTIFF UNITED STATES:                   DEFENDANT CENTURYLINK, INC:


/s/ Ashley D. Kaplan                              /s/ LaMar F. Jost
Ashley D. Kaplan                                  Kathryn A. Reilly (admission pending)
U.S. Department of Justice, Antitrust Division    LaMar F. Jost
Office of Decree Enforcement &                    Wheeler Trigg O'Donnell LLP
Compliance                                        370 17th Street, Suite 4500
450 Fifth Street, N.W.                            Denver, CO 80202-5647
Washington, DC 20530                              Telephone: (303) 244-1800
Telephone: (202) 598-8784                         reilly@wtotrial.com
Facsimile: (202) 514-6381                         jost@wtotrial.com
Ashley.Kaplan@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              *Plaintiff*,<br><br>            v.<br><br>CENTURYLINK, INC.<br><br>and<br><br>LEVEL 3 COMMUNICATIONS, INC.,<br><br>                              *Defendants*. | Civil Action No. 1:17-cv-02028-JMC |

## SETTLEMENT AGREEMENT AND ORDER

WHEREAS Plaintiff United States of America having filed its Petition for an Order to Show Cause Why Defendant CenturyLink, Inc. Should Not Be Found in Civil Contempt ("Petition to Show Cause") on September 2, 2021, and the United States and CenturyLink n/k/a Lumen Technologies, Inc. ("CenturyLink") having consented to the entry of this Settlement Agreement and Order without trial or adjudication of any issue of fact or law herein, and without this Settlement Agreement and Order constituting any evidence against or an admission by CenturyLink with respect to any allegation contained in the Petition to Show Cause;

AND WHEREAS CenturyLink agrees to be bound by the provisions of this Settlement Agreement and Order pending its approval by the Court;

NOW, THEREFORE, before the taking of any testimony and without any adjudication of fact or law herein, and upon the consent of the parties hereto, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

## I.  JURISDICTION

This Court has jurisdiction over the subject matter of this action and each of the parties consenting hereto under Section XIII of the Amended Final Judgment entered by this Court on August 17, 2020, in *United States v. CenturyLink, Inc., et al.*, Civil Action No. 1:17-cv-02028-KBJ (D.D.C.).

## II.  APPLICABILITY AND EFFECT

A.     The provisions of this Settlement Agreement and Order shall be binding upon CenturyLink, its successors and assigns, and those persons in active concert or participation with CenturyLink who receive actual notice of this Settlement Agreement and Order.

B.     This Settlement Agreement and Order constitutes a full and complete disposition of CenturyLink's alleged violations of Paragraph IV(L)(2) of the Amended Final Judgment, as described in the Petition to Show Cause.

C.     Nothing in this Settlement Agreement and Order shall bar the United States from seeking, or the Court from imposing on CenturyLink, any other relief for any violation of the Amended Final Judgment other than the alleged violations set forth in the Petition to Show Cause or for any violation of this Settlement Agreement and Order.

## III.  CIVIL PAYMENT

A.     Within thirty (30) days of entry of this Settlement Agreement and Order, CenturyLink shall pay $275,000, which includes reimbursement to the United States for its costs and attorneys' fees incurred during its investigation of the alleged violations described in the Petition to Show Cause.

B.     The payment specified in Paragraph III(A) shall be made by wire transfer or cashier's check.  If the payment is to be made by wire transfer, prior to making the transfer

2

Defendant will contact the Budget and Fiscal Section of the Antitrust Division's Executive Office at ATR.EXO-Fiscal-Inquiries@usdoj.gov for instructions.  If the payment is to be made by cashier's check, the check must be made payable to the United States Department of Justice and delivered to:

> Chief Budget & Fiscal Section
> Executive Office, Antitrust Division
> United States Department of Justice
> Liberty Square Building
> 450 Fifth Street, N.W., Room 3016
> Washington, DC 20530

C.     In the event of a default in payment, interest at the rate of eighteen (18) percent per annum shall accrue thereon from the date of default to the date of payment.

D.     CenturyLink shall not claim this payment, in whole or in part, as a deductible expense by CenturyLink, its subsidiaries, divisions, or affiliates for tax purposes under any state tax code, the United States Tax Code, or the tax code of any other country.

## IV.     RETENTION OF JURISDICTION

Jurisdiction is retained by this Court for the purpose of enabling the parties of this Settlement Agreement and Order to apply to this Court at any time for further orders and directions as may be necessary or appropriate to carry out or construe this Settlement Agreement and Order, for the enforcement of compliance herewith, and for the punishment of any violations hereof.

Date:  February 22, 2022

_____
Jia M. Cobb
United States District Judge

3