**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

              *Plaintiff*,

    v.

CENTURYLINK, INC.

and

LEVEL 3 COMMUNICATIONS, INC.,

              *Defendants*.

Civil Action No. 1:17-cv-02028-JMC

## DISMISSAL ORDER

This action is hereby dismissed with prejudice, except that the Court retains jurisdiction

to construe, modify, or enforce the provisions of the Settlement Agreement and Order, ECF 20,

and the Amended Final Judgment, ECF 15.

Date:  February 22, 2022

                        Jia M. Cobb
                        United States District Judge